O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

TRAVAR MONROE GRANT,             )
                                 )
            Petitioner,          ) Case No. EDCV 13-1659 CAS (AJW)
                                 )
       v.                        )
                                 ) ORDER ACCEPTING REPORT AND
MATTHEW CATE, et al.,            ) RECOMMENDATION OF
                                 ) MAGISTRATE JUDGE
            Respondents.         )
_____)

   Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

   DATED: November 14, 2013

                                 /s/ Christina A. Snyder
                                 _____
                                 Christina A. Snyder
                                 United States District Judge