JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRAVAR MONROE GRANT,<br><br>        Petitioner,<br><br>    v.<br><br>MATTHEW CATE, CALIFORNIA<br>DEPARTMENT OF CORRECTIONS<br>SECRETARY,<br><br>        Respondent. | Case No. EDCV 13-1659-CAS(AJW)<br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: November 14, 2013

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge